IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Price, | No. CV-15-2438-PHX-DKD |
| Plaintiff, | |
| v. | **ORDER** |
| UNUM Life Insurance Company of America, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation for Dismissal With Prejudice (Doc. 29), and good cause appearing

**IT IS ORDERED** granting the parties' Stipulation for Dismissal With Prejudice (Doc. 29) and dismissing this matter with prejudice. Each party shall bear its own attorney's fees and costs.

Dated this 18th day of July, 2016.

_____
David K. Duncan
United States Magistrate Judge